UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO ROSA-NALES,

Plaintiff,

v.

CARNIVAL CORPORATION, et al.,

Defendants.

Civil No. 11-1526 (JAF)

**O R D E R**

Before the court is a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure brought by defendant Carnival Corporation ("Carnival"). (Docket No. 16.) Plaintiff filed an opposition to said motion (Docket No. 20), defendant replied (Docket No. 23), and plaintiff filed a sur-reply (Docket No. 26). Movant alleges that the guest ticket contract in force on board Carnival cruise ships at the time plaintiff travelled with Carnival contains a forum-selection clause, mandating that all litigation between the parties must be conducted in the United States District Court for the Southern District of Florida, located in Miami, Florida. Plaintiff contends that he did not personally receive a copy of the relevant guest ticket contract prior to boarding the subject Carnival Cruise ship.

The court held a hearing on June 5, 2012, where both plaintiff and a representative from defendant were present, represented by their respective counsel. The parties informed the court that the plaintiff admitted that he boarded a Carnival Cruise ship (the

Carnival Destiny) from September 10, 2006, to September 17, 2006, and that the pictures object of this litigation were taken during the cruise.

In light of these facts, the court takes notice that the relevant Carnival guest ticket agreements used by Carnival at the time plaintiff was a passenger contain a forum-selection clause. This type of forum selection clause has been held enforceable in similar circumstances. See, Carnival Cruise Lines v. Shute, 499 U.S. 585 (1991); Hernández-Rivera v. Carnival Corp., 2008 U.S. Dist. LEXIS 28768 (D.P.R. Mar. 31, 2008).

In light of the enforceability of the forum-selection clause applicable to passengers aboard Carnival Cruise ships for the relevant time period, the court hereby orders the transfer of this action to the United States District Court for the Southern District of Florida, Miami Division. The court is not resolving any of the remaining arguments raised in the motion to dismiss filed by Carnival.

For the reasons stated above the court **DENIES** in part and **GRANTS** in part the motion to dismiss filed at Docket No. 16, and **ORDERS** the Clerk of Court to **TRANSFER** this case to the United States District Court for the Southern District of Florida, Miami Division.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of June, 2012.

                                              s/José Antonio Fusté
                                              JOSÉ ANTONIO FUSTÉ
                                              United States District Judge